*In the Matter of the Welfare of*
IRENE DAVIS, ET AL.

Appeals from judgments of the Superior Court for Kitsap
County, Nos. JD–697, JD–747, JD–748, JD–749, James D.
Roper, J., entered March 8, 1985. *Affirmed* by unpublished

opinion per Petrich, J., concurred in by Worswick, C.J., and Alexander, J.